■ STEPHEN NICHOLS, Appellant, v MARIE HACK, Respondent. (Appeal No. 1.) [946 NYS2d 528]—Appeal from an amended judgment of the Supreme Court, Monroe County (David Michael Barry, J.), entered May 12, 2011. The amended judgment dismissed the complaint upon a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.